IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA AND VICINITY, et al.,** *Plaintiffs* v. **P. SANTOS CO., INC.,** *Defendant* | Case No. 2:19-cv-00699-JDW |

## ORDER

**AND NOW**, this 8th day of October, 2020, upon review of Plaintiffs' Motion for Summary Judgment (ECF No. 21) and Defendant P. Santos Co., Inc.'s Motion for Summary Judgment Under FRCvP 56(a) to Dismiss the Complaint With Prejudice of Plaintiff Health and Welfare Fund of Philadelphia and Vicinity Based on the Statute of Limitations (ECF No. 22), for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1) Plaintiffs' Motion (ECF No. 21) is **GRANTED**;

2) Defendant's Motion (ECF No. 22) is **DENIED**; and

3) **JUDGMENT** is **ENTERED** in favor of Plaintiff and against Defendant in the amount of $234,207.55.

It is **FURTHER ORDERED** that, on or before October 23, 2020, Plaintiffs shall submit an application for attorneys' fees pursuant to Federal Rule of Civil Procedure 54(d) and 29 U.S.C. § 1132(g)(2)(D). Defendant shall file any objection or response to the fee petition on or before November 6, 2020.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.